**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00274-CR
No. 05-14-00275-CR

**MICHAEL WAYNE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-57228-V, F13-70043-MV**

## ORDER

In his brief, appellant cites to, and includes as an appendix, the reporter's record of an April 16, 2013 hearing. The reporter's record of the hearing, however, was not filed with the rest of the reporter's record in the appeals.

Accordingly, we **ORDER** Robin Benton, official court reporter of the 292nd Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, the reporter's record of the April 16, 2013 hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Robin Benton, official court reporter, 292nd Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
           JUSTICE